STEPHEN M. HAYES (SBN 83583)
STEPHEN P. ELLINGSON (SBN 136505)
HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
203 Redwood Shores Pkwy., Ste. 480
Redwood City, California 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN D. LEVENHAGEN,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and DOES 1 through 100,<br><br>Defendants. | CASE NO. C12-0435 SC<br><br>**STIPULATION OF DISMISSAL; [PROPOSED] ORDER**<br><br>**[Fed. Rule Civ. Proc., Rule 41(a)(1)** |

IT IS HEREBY STIPULATED by plaintiff John D. Levenhagen by and through his attorney of record, Jay Chafetz of Law Offices of Jay Chafetz and defendant State Farm Mutual Automobile Insurance Company through their attorney of record Stephen P. Ellingson of Hayes Scott Bonino Ellingson & McLay, LLP, that the above-captioned action be, and hereby is, DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil Procedure, rule 41(a)(1).

Dated: October 25, 2012         LAW OFFICES OF JAY CHAFETZ


By:    //S// Jay Chafetz
       JAY CHAFETZ
       Attorney for Plaintiff
       JOHN D. LEVENHAGEN

| | |
|---|---|
| Dated: October 25, 2012 | HAYES SCOTT BONINO ELLINGSON & MCLAY, LLP |

By:  //S// Stephen P. Ellingson
STEPHEN M. HAYES
STEPHEN P. ELLINGSON
Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated: November 7, 2012

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Samuel Conti, with signature]*

HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT COURT
JUDGE FOR THE NORTHERN DISTRICT
OF CALIFORNIA