1  STEPHEN M. HAYES (SBN 83583)
   STEPHEN P. ELLINGSON (SBN 136505)
2  HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
   203 Redwood Shores Pkwy., Ste. 480
3  Redwood City, California 94065
   Telephone: 650.637.9100
4  Facsimile: 650.637.8071

5  Attorneys for Defendant
   STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIVORNIA

| JOHN D. LEVENHAGEN,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and DOES 1 through 100,<br><br>Defendants. | CASE NO.  C12-0435 SC<br><br>**STIPULATION OF DISMISSAL; [PROPOSED] ORDER**<br>[Fed. Rule Civ. Proc., Rule 41(a)(1) |
|---|---|

IT IS HEREBY STIPULATED by plaintiff John D. Levenhagen by and through his attorney of record, Jay Chafetz of Law Offices of Jay Chafetz and defendant State Farm Mutual Automobile Insurance Company through their attorney of record Stephen P. Ellingson of Hayes Scott Bonino Ellingson & McLay, LLP, that the above-captioned action be, and hereby is, DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil Procedure, rule 41(a)(1).

Dated: October 25, 2012      LAW OFFICES OF JAY CHAFETZ


                             By:   //S// Jay Chafetz
                                   JAY CHAFETZ
                                   Attorney for Plaintiff
                                   JOHN D. LEVENHAGEN

| | |
|---|---|
| Dated: October 25, 2012 | HAYES SCOTT BONINO ELLINGSON & MCLAY, LLP |

By:   //S// Stephen P. Ellingson
      STEPHEN M. HAYES
      STEPHEN P. ELLINGSON
      Attorneys for Defendant
      STATE FARM MUTUAL AUTOMOBILE
      INSURANCE COMPANY

**[~~PROPOSED~~] ORDER**

IT IS SO ORDERED.

Dated: _November 7_, 2012

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]*

HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT COURT
JUDGE FOR THE NORTHERN DISTRICT
OF CALIFORNIA